UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 2:15-cr-125-FtM-38CM

MICHAEL LEVON JACKSON
_____

### PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following assets:

a. Rock River AR-15 rifle, serial number AV4017885;

b. Smith and Wesson M & P rifle, serial number SU81746;

c. Glock 23 handgun, serial number NYT982;

d. Taurus 9mm handgun, serial number TEU93402;

e. 50 rounds of .223 ammunition;

f. 25 9mm rounds of ammunition; and

g. 26 rounds of .40 caliber ammunition.

The jury found the defendant guilty of being a convicted felon in possession of the firearms and ammunition described above as charged in Count Three of the Superseding Indictment, in violation of 18 U.S.C. § 922(g)(1).

Based on the defendant's conviction of the offenses charged in Count Three of the Superseding Indictment, the United States has established the required connection between the assets described above and the offense for which the

defendant has been found guilty.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the firearms and ammunition identified above are forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

It is FURTHER ORDERED that, this order shall become a final order of forfeiture at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Fort Myers, Florida, this 18th day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record