UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                CASE NO: 2:15-cr-125-FtM-38CM

MICHAEL LEVON JACKSON

### ORDER

This matter comes before the Court on the Government's Motion to Dismiss Indictment (Doc. #111) filed on November 14, 2016.  The Government seeks leave of Court to dismiss the underlying indictment filed on September 16, 2016. As grounds, a superseding indictment was subsequently filed on June 2, 2016.  The case proceeded to trial and defendant was found guilty of count 4 of the superseding indictment.  As such, the underlying indictment was no longer the operative charging document.

Accordingly, it is now

**ORDERED:**

The Government's Motion to Dismiss Indictment (Doc. 111) is **GRANTED**.  The Clerk is directed to dismiss the underlying indictment against the defendant.

**DONE AND ORDERED** at Fort Myers, Florida, this 15th day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record