UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 2:15-cr-125-FtM-38CM

MICHAEL LEVON JACKSON
_____

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for the following firearms and ammunition:

    a.    Rock River AR-15 rifle, serial number AV4017885;

    b.    Smith and Wesson M & P rifle, serial number SU81746;

    c.    Glock 23 handgun, serial number NYT982;

    d.    Taurus 9mm handgun, serial number TEU93402;

    e.    50 rounds of .223 ammunition;

    f.    25 9mm rounds of ammunition; and

    g.    26 rounds of .40 caliber ammunition.

On August 18, 2016, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 100.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule

32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from August 19, 2016 through September 17, 2016.  Doc. 102.  The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED**:   The United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on this 7th day of February, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record