UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 2:15-cr-125-FtM-38MRM

MICHAEL LEVON JACKSON
_____

### **ORDER**[1]

**BEFORE** the Court is Defendant Michael Levon Jackson's Letter Motion for Return of Property seeking the return of property he alleges is in the custody of the Federal Government. (Doc. 151). Jackson claims that the property consists of two Apple I-Phones, two Galaxy Note Phones, two Android Watches, and three Android Tablets. The United States informed the Court that the only electronic devices seized were four cell phones, that the Cape Coral Police Department is in possession of these items, and that the Government has no objection to the return of these items to the Defendant. (Doc. 153). In accordance with the Court's Order of February 6, 2020 (Doc. 157), Jackson filed a Notice of Designated Person naming Connie Pearsey, 3901 Lee Blvd., Lehigh Acres, Florida 33971, as the designated person to receive his property. (Doc. 159).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Defendant Michael Levon Jackson's Letter Motion for Return of Property is **GRANTED** in part and **DENIED** in part.

    a. The motion is granted as to the four cell phones that are in possession of the Cape Coral Police Department, and the agents in possession of the items shall forthwith return the seized items to Jackson's designee, Connie Pearsey, 3901 Lee Blvd., Lehigh Acres, Florida 33971.

    b. The motion is denied as to any requested items not in possession of the United States or the Cape Coral Police Department.

**DONE AND ORDERED** in Fort Myers, Florida on this 27th day of February 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record
         Defendant